Clarence L. JOHNSON, Appellant, v. STATE, Appellee.

No. 24145.

Court of Criminal Appeals of Texas.

June 16, 1948.

No attorney for appellant.

A. C. Winborn, Crim. Dist. Atty., and E. T. Branch, Asst. Crim. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment two years in the penitentiary.

Appellant has filed his affidavit asking that the appeal be dismissed in order that he may immediately begin serving his sentence.

At appellant's request the appeal is dismissed.